IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACKSON,** *Plaintiff*, v. **ROSEN et al.** *Defendants*. | **CIVIL ACTION** **NO. 20-2842** |

### ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW on this 17th day of April, 2025, for the reasons stated in the foregoing Memorandum, Defendants' Motion for Summary Judgment (ECF 77) is GRANTED, the Complaint is dismissed with prejudice. The Clerk is directed to terminate this case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-2842 Jackson v Rosen\20-2842 MSJ Order.docx

1